UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Group 1 Automotive, Inc. as Assignee on Behalf of
Group 1 Automotive Wholly-Owned Subsidiary et al

    Plaintiff(s),

v.

Toyoda Gosei Co., Ltd., et al.,

    Defendant(s).
    /

Case No. 20-cv-11257

Honorable Matthew F. Leitman

Magistrate Judge Michael J. Hluchaniuk

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to Case No. __12-md-02311__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Marianne O. Battani__ and Magistrate Judge _____.

s/Matthew F. Leitman
Matthew F. Leitman
United States District Judge

s/Marianne O. Battani
Marianne O. Battani
United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: __CIVIL__

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: May 21, 2020

s/N. Ahmed
Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Marianne O. Battani